Wendel Page, appellant, v. Frank Blair, appellee.

Action for personal injuries. Judgment for defendant. Appeal from the Circuit Court of Marion county; the Hon. F. R. Dove, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed April 27, 1926.

Charles H. Holt, for appellant. W. G. Murphy, for appellee.

Mr. Justice Barry delivered the opinion of the court.